Exhibit A to the Complaint

**Location:** Jersey City, NJ  **IP Address:** 100.35.216.130
**Total Works Infringed:** 66  **ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | E620DE016D72B80A50572BE0F5B4E7E69196BA49 | 01/26/2025 17:25:02 | Vixen | 01/24/2025 | 02/18/2025 | PA0002515955 |
| 2 | ffbd69c6426892e30f0ac172e097e79e387b0dab | 01/27/2025 05:59:50 | Slayed | 07/26/2022 | 08/10/2022 | PA0002370904 |
| 3 | D4D20EB9211110D1708CA31E05EC5AC81758466F | 11/10/2024 08:54:29 | Blacked | 11/04/2024 | 11/18/2024 | PA0002500995 |
| 4 | fb4c20732176fa0c5194bf272983ee8ee1cfda16 | 10/17/2024 11:03:39 | Blacked Raw | 02/17/2020 | 04/17/2020 | PA0002246110 |
| 5 | 57182a6be6767e9b2795fffabb6b7f5980284dcf | 09/27/2024 02:58:40 | Blacked | 12/24/2022 | 01/10/2023 | PA0002389603 |
| 6 | ed22173dcc06319f491a2001f8af71ff69c9da28 | 09/26/2024 23:30:28 | Blacked | 10/02/2019 | 10/21/2019 | PA0002207747 |
| 7 | 3a2f24c2fa2f644afb79c159e30ba13812fa4751 | 09/26/2024 13:41:19 | Vixen | 12/30/2018 | 01/22/2019 | PA0002147900 |
| 8 | 7e0a9dba9cae7287a23dd30cf8a621921fb119e1 | 09/10/2024 10:39:53 | Blacked Raw | 09/09/2019 | 10/01/2019 | PA0002217358 |
| 9 | 7b764ee2f5bc495dbfc59478ad1995f6cfe9abb2 | 08/30/2024 04:50:17 | Slayed | 10/21/2021 | 11/01/2021 | PA0002326406 |
| 10 | 5be3ddce306fe7616f24acbe4cfd552ad2a64763 | 08/24/2024 23:20:17 | Blacked | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 11 | 21edcc50f95e3ab7adeddb14dd7d76ac590f96b2 | 08/24/2024 13:54:08 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 12 | 825b17eda40b4336bed3efe8c89223f94115b381 | 08/22/2024 05:55:22 | Vixen | 05/09/2018 | 06/19/2018 | PA0002126667 |
| 13 | dceb5a8dc2e8eb9befdfb6a9eddb53140349d516 | 08/19/2024 19:54:38 | Blacked Raw | 09/14/2019 | 10/01/2019 | PA0002217360 |
| 14 | 5343780A2DA07D0760D914E082FD68E3D32AF0FA | 08/16/2024 00:29:04 | Milfy | 08/14/2024 | 09/17/2024 | PA0002490354 |
| 15 | 9A633DDEAF649ADEABEF3663CB4F4B10F6981204 | 08/03/2024 07:35:47 | Vixen | 08/02/2024 | 08/15/2024 | PA0002484855 |
| 16 | 209D2169C595D7651F215A3327C2648F556B661C | 08/03/2024 07:17:51 | Milfy | 08/16/2023 | 12/07/2023 | PA0002444364 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 5258ca0b1ff4eeaa45bcf8ed19bcd4e0c8ad525b | 08/02/2024 03:52:30 | Milfy | 08/23/2023 | 12/05/2023 | PA0002443638 |
| 18 | bfd40a49724312f221a4c05c917e3145d3528d91 | 08/01/2024 23:27:36 | Blacked | 02/09/2018 | 03/02/2018 | PA0002104745 |
| 19 | f1d2c16cd90697a9cdfa83bb3eb619666c4c70f9 | 08/01/2024 22:51:58 | Blacked Raw | 09/04/2023 | 09/17/2023 | PA0002430908 |
| 20 | 00e1ebc11e1d30f8ec933976f019f57c1448b393 | 08/01/2024 14:57:14 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 21 | 527fd80764d141b7119d9d7ace25fe1c4579ef3c | 07/27/2024 18:04:59 | Blacked | 03/01/2018 | 04/12/2018 | PA0002091580 |
| 22 | 64aeb033799b60815a27e02ba682c4a37c8e6d54 | 07/27/2024 16:55:44 | Tushy | 05/11/2019 | 07/05/2019 | PA0002206404 |
| 23 | 405eb95f62fa45426ae490730a52d8a0b9e2d996 | 07/24/2024 05:29:07 | Milfy | 06/14/2023 | 08/22/2023 | PA0002431060 |
| 24 | 139ecb06b5fd083ad3b4e9ebdf50d796da641567 | 07/17/2024 14:12:49 | Blacked | 12/19/2020 | 01/05/2021 | PA0002269959 |
| 25 | C77B1CA084C1A324ADC154C430DD53F68B275BD3 | 07/17/2024 05:46:13 | TushyRaw | 07/16/2024 | 08/14/2024 | PA0002484829 |
| 26 | 8964815B3EE407A3EBFECD69C9A66DF0EFAA05A3 | 07/06/2024 20:10:02 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 27 | BF504F5D65B1ABA34CBDB26DF9139869DD20041E | 07/06/2024 20:05:58 | Tushy | 01/29/2023 | 03/07/2023 | PA0002400310 |
| 28 | 521416B71DC5B9C590E9452CDBB38E908EC5AAB2 | 06/29/2024 21:02:51 | Vixen | 06/28/2024 | 07/16/2024 | PA0002480629 |
| 29 | 74148460025F0A9805EAACF050E4EC31D869A7C0 | 06/27/2024 05:50:40 | TushyRaw | 06/25/2024 | 07/15/2024 | PA0002480610 |
| 30 | f4f6dd0f2eeecd4492944601a8480c2de4769cfe | 06/23/2024 14:51:58 | Vixen | 06/21/2024 | 07/16/2024 | PA0002480627 |
| 31 | 09263EF9E6CB183B855A5C6EF8403C70C71510D1 | 05/28/2024 07:27:24 | Tushy | 05/26/2024 | 06/19/2024 | PA0002476873 |
| 32 | e985acea529e4e6386a39986da0a79f2cb3c3ab0 | 05/23/2024 21:21:42 | Vixen | 04/01/2022 | 04/23/2022 | PA0002346428 |
| 33 | 0b5d19b47de1770505aed52cca2b9e196040e137 | 05/22/2024 01:47:03 | Blacked Raw | 03/08/2019 | 04/29/2019 | PA0002169934 |
| 34 | ecaedde473dba660a43a865c62e3751cdee4ed67 | 05/21/2024 09:17:03 | Vixen | 10/16/2020 | 11/18/2020 | PA0002272621 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 80FAC60CC7F6FB91205A5D103A477F7D99172B90 | 05/21/2024 05:52:38 | Tushy | 05/19/2024 | 06/19/2024 | PA0002476872 |
| 36 | 4CA85C31A92885371C6FDDAC1BB42A29E1CF9768 | 05/07/2024 18:27:40 | Milfy | 05/01/2024 | 06/20/2024 | PA0002477047 |
| 37 | 4fc8eed77982b82cf9a75feb68aded79d724460f | 04/21/2024 12:56:45 | Tushy | 12/27/2020 | 01/05/2021 | PA0002269957 |
| 38 | 9b227b2f714a2c1d72ba4aabe2e2ddbce8a08ffa | 04/19/2024 14:32:24 | Vixen | 05/01/2020 | 05/19/2020 | PA0002241473 |
| 39 | 5ab441c1cde24dee2a05cea4f8d0f5226bf8435a | 04/19/2024 00:55:42 | Blacked | 11/04/2023 | 11/13/2023 | PA0002439565 |
| 40 | D014D5A84425B3A9ADF7474A97E303662D0B6129 | 04/07/2024 15:47:38 | Vixen | 04/05/2024 | 04/12/2024 | PA0002465444 |
| 41 | E8624225D2E6123709A1856A34FE2155AA338637 | 04/05/2024 21:24:30 | Blacked | 04/03/2024 | 04/10/2024 | PA0002464919 |
| 42 | 87936624e8efe7fe5dfe00fe1f693fe057ee9796 | 04/04/2024 07:11:08 | Tushy | 11/12/2018 | 12/10/2018 | PA0002145826 |
| 43 | 1b41db5c2a9a70b9e2ce07716511b04b26a63c9a | 03/30/2024 17:48:23 | Blacked Raw | 12/18/2023 | 01/16/2024 | PA0002449502 |
| 44 | 81106f116de8472f3814a5e15f60050aae1af18f | 03/22/2024 14:53:58 | Blacked | 12/31/2019 | 01/27/2020 | PA0002223957 |
| 45 | c8ed25c31c948b3b01dbe87c46d098d94b867999 | 03/21/2024 03:03:28 | Blacked | 03/18/2023 | 04/07/2023 | PA0002405751 |
| 46 | ab2c0ac43e536b2195555f021c1ddda642ab8e0f | 03/20/2024 14:22:55 | Tushy | 11/27/2022 | 12/11/2022 | PA0002384751 |
| 47 | 1ED1691967611BE5EF32EC8F4F9AAC2BDE334999 | 03/19/2024 22:18:54 | TushyRaw | 03/12/2024 | 04/12/2024 | PA0002465213 |
| 48 | a12de6cef015a920abfc483c566d5e31a9403027 | 03/04/2024 22:39:30 | Tushy | 11/13/2022 | 12/11/2022 | PA0002384758 |
| 49 | 73a881144f13c526d8e1879f173c2f6b4ae5891a | 03/04/2024 13:22:12 | Blacked Raw | 08/15/2019 | 09/17/2019 | PA0002216211 |
| 50 | 101b9741afa156b4bbeea4847e33027c95444168 | 03/03/2024 21:03:43 | Blacked Raw | 09/19/2018 | 11/01/2018 | PA0002143420 |
| 51 | 763a6fc5f201546394575cd7601d8c2d7dbd3ae7 | 02/28/2024 19:37:45 | Blacked Raw | 09/04/2018 | 11/01/2018 | PA0002143430 |
| 52 | 4d0a4bbd70c0328d8268390865d136182792a718 | 02/28/2024 04:12:15 | Tushy | 07/12/2020 | 07/20/2020 | PA0002248965 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 7b1a87f59bfcfb72f067155de3a208dcb22640bc | 02/24/2024 21:57:47 | Tushy | 12/27/2019 | 01/22/2020 | PA0002234861 |
| 54 | 544482e26ad169cea84e033b07377c876f6257b7 | 02/21/2024 22:10:21 | Tushy | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 55 | d27ea81e0974206663cf9b4e7a06c2cf5180da26 | 01/08/2024 19:43:15 | Blacked | 01/30/2020 | 02/20/2020 | PA0002237624 |
| 56 | c5bd5424612b617e63b60d56fbaa3b4d97b9df40 | 12/31/2023 00:45:33 | Vixen | 03/09/2020 | 04/17/2020 | PA0002246165 |
| 57 | 1f1b8bd1f3d9d5847bb26e26adb226f324f7123f | 12/14/2023 10:11:29 | Tushy | 04/05/2020 | 04/17/2020 | PA0002237308 |
| 58 | A794EDBD79147309C2980C598D9E671C2734194F | 12/07/2023 06:31:35 | Tushy | 12/03/2023 | 12/13/2023 | PA0002445432 |
| 59 | 095f042567422449f7d8df1f42c86aadf4849881 | 12/01/2023 22:25:07 | Vixen | 04/02/2021 | 06/09/2021 | PA0002295593 |
| 60 | bd7cf6082d622d611074ac6e2942a3985e035e4a | 12/01/2023 09:21:56 | Blacked Raw | 05/04/2020 | 05/19/2020 | PA0002241475 |
| 61 | 364D65C8F7726A10E880CA7B43352A55565925EE | 11/28/2023 06:50:15 | Blacked | 11/25/2023 | 12/11/2023 | PA0002444871 |
| 62 | F7C1E168200764195B1B1893785061AF2DF7D378 | 11/20/2023 19:47:42 | Vixen | 11/17/2023 | 12/13/2023 | PA0002445433 |
| 63 | f1e8e40b9082fae2f594ff8c66b57de04cd2c1db | 10/27/2023 07:05:14 | Blacked Raw | 06/07/2021 | 06/15/2021 | PA0002296926 |
| 64 | 8e1b223b088de030d4bce4683fd4e67f6ee93814 | 10/27/2023 07:05:14 | Blacked Raw | 12/18/2018 | 02/02/2019 | PA0002155391 |
| 65 | CBFCE52ACC78605F8B2CC9F6465302F34DA73918 | 08/12/2023 16:05:23 | Vixen | 08/11/2023 | 10/18/2023 | PA0002435601 |
| 66 | E7B714A3F519B2024D8C8334B0BAEB9DB5256709 | 05/20/2023 04:51:24 | Vixen | 05/19/2023 | 06/09/2023 | PA0002415364 |